■ In the Matter of the Arbitration between ARCHIBALD H. TRACY and HARRY MEYERSON et al.— Motion for stay granted on condition that the appel-

lants procure the record on appeal and appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 6, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.